UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.B., an infant by his Parent and Natural Guardian FELICIA BOHNING, on behalf of himself, and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION AND WOMAN'S COMMUNITY CENTER OF ROME, NEW YORK d/b/a Rome Family YMCA,<br><br>　　　　　　　Defendant. | Case No. 6:23-cv-188 (DNH/ML)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses this action with prejudice and without costs or fees.

Dated: Garden City, New York
　　　　April 4, 2023

　　　　　　　　　　　　　　　　　BASHIAN & PAPANTONIOU, P.C.

　　　　　　　　　　　　　　　　　*/s/ Erik M. Bashian, Esq.*
　　　　　　　　　　　　　　　　　Erik M. Bashian, Esq.
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　500 Old Country Road, Suite 302
　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　Tel: (516) 279-1554
　　　　　　　　　　　　　　　　　Fax: (516) 213-0339

To: *All Parties (via ECF)*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-05-2023

99647v2